# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3346
LT Case No. 2024-CF-000835-A

_____

CHRISTOPHER SANTIAGO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Timothy McCourt, Judge.

Zachary Landen Chaney, of Smith & Eulo Law Firm, Orlando, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

December 11, 2025

PER CURIAM.

    AFFIRMED.

MAKAR, SOUD, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————